

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00284-CV

YVONNE MORALES, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ELVIS HERNANDEZ, DECEASED, AS NEXT FRIEND OF BEYONCE HERNANDEZ, SEMAYA HERNANDEZ, AND EVELYN HERNANDEZ, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES, AND JOSE ANGEL HERNANDEZ

APPELLANTS

V.

JETTA OPERATING COMPANY, INC.

APPELLEE

\-\-\-\-\-\-\-\-\-\-\-\-

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 067-280251-15

\-\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-\-\-

---

[1]See Tex. R. App. P. 47.4.

On January 11, 2016, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1). Appellants have not filed a motion or other response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants Yvonne Morales and Jose Angel Hernandez shall jointly and severally pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: February 11, 2016